IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BEN ADAMS, ADC #127639 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:13CV00551-SWW-JJV |
| ZONK, Nurse, Saline County | * | |
| Detention Center; *et al.* | * | |
| | * | |
| Defendants. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice;

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 10th day of September, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE