# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| BEN ADAMS, ADC #127639 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:13CV00551-SWW-JJV |
| ZONK, Nurse, Saline County | * | |
| Detention Center; *et al.* | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 10th day of September, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE